*Rev. November 10, 2015*

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO**
**PLEA MINUTE SHEET**
**BEFORE THE HONORABLE MATTHEW L. GARCIA**

| | | | |
|---|---|---|---|
| CR No: | 25-3104 MLG | USA vs. | Zhang |
| Date: | 10/19/26 | Defendant: | Nan Zhang |

| | | | |
|---|---|---|---|
| Time In/Out: | 1:00-2:00 | Total Time in Court: | 1 hour |
| Clerk: | E. Romero | Court Recording: | Liberty-Cimarron |
| AUSA: | Timothy Trembley, Natasha Moghadam and Patrick Cordova | Defendant's Counsel: | Clay Wilwol |
| Courtroom: | Cimarron | Pretrial Officer: | A. Carter |
| Interpreter: | n/a | Interpreter Sworn? | ☐ Choose an item. |

| | | | |
|---|---|---|---|
| ☒ | Defendant Sworn | ☐ | First Appearance |
| ☒ | Defendant acknowledges receipt of Superseding Indictment | ☐ | Charging document read in Spanish. |
| ☐ | Terms and conditions of proposed plea agreement explained. | ☐ | Defendant indicates understanding of its terms. |
| ☒ | Factual predicate to sustain the plea provided. | ☒ | Defendant questioned re: Defendant's age, education, physical/mental conditions, and whether under the influence of alcohol, drugs, or any medication. |
| ☒ | Defendant advised of charge(s), elements, penalties and possible consequences of the plea. | ☒ | Defendant advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures). |
| ☒ | Defendant questioned re: time to consult with attorney(s) and if satisfied with their representation. | ☒ | Court finds Defendant fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges). |
| ☒ | Defendant pleads GUILTY to Counts 1 through 6 of Superseding Indictment. | ☒ | Allocution by Defendant on elements of charge(s). |
| ☒ | Court finds plea freely, voluntarily, and intelligently made. | ☒ | Plea of guilty accepted. |
| ☒ | Defendant adjudged guilty. | ☒ | No Plea Agreement |
| ☒ | Sentencing date to be set at a later date. | ☐ | Custody |
| ☒ | Defendant to continue on release - no changes | ☐ | |
| ☒ | Presentence Report Ordered | ☐ | Expedited (Type III) |

**PROCEEDINGS**

Court in session – parties state appearances; Court confirms Defendant does not require an interpreter; Court confirms that rejection of plea offer was voluntary; Mr. Wilwol reads admissions into the record and Defendant confirms their accuracy; Defendant admits forfeiture allegations; Mr. Trembley requests clarification as to admissions; Mr. Wilwol responds; Court responds; Mr. Trembley requests Defendant remain on release and not discuss the case with any co-defendants or members of their legal team; Mr. Wilwol concurs; Officer Carter concurs; Parties have nothing to add.